UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In Re:                                                                          Chapter 7
                                                                                      Case No. 18-47178-NHL
Ramla Bibi
          Debtor.

---------------------------------------------------------

## NOTICE

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on [ECF#24] the Objection to [ECF#22] the Debtor's Request to enter into the Loss Mitigation Program with creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, Loan # 0452 for May 22, 2019 at 3:00 P.M. before the Honorable Nancy Hershey Lord at The Conrad B. Duberstein United States Bankruptcy Courthouse, 271-C Cadman Plaza East, Room 3577, Brooklyn, New York 11201.


Dated: Brooklyn, New York         *S/ Angela Howard*
     April 17, 2019              ANGELA HOWARD, COURTROOM DEPUTY
                                        FOR THE HONORABLE NANCY HERSHEY LORD