

Bankruptcy Dept.
53 Gibson Street
Bay Shore, NY 11706
Tel: (631) 969-3100
Fax: (631) 982-1459

June 25, 2019

Court Clerk
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

     Re:    Debtor: Ramla Bibi
           Case No.: 18-47178-nhl

Dear Court Clerk:

Our office represents Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS ("Secured Creditor"), in connection with the Motion for Relief from Stay, filed at docket # 13, with respect to real property known as 246 68 87th Avenue, Bellerose, New York 11426.

Please allow this letter to confirm that the Motion for Relief from Stay Hearing is adjourned, on consent, from June 26, 2019 to August 14, 2019 at 3:00 PM.

Please feel free to contact our office if you have any questions regarding this matter.

Thank you for your time and attention to this matter.

Very truly yours,

By /s/Elizabeth Doyaga
Elizabeth Doyaga, Esq.

Cc:  Ehsanul Habib, Esq. (VIA ECF only)
      Debra Kramer, Esq. (VIA ECF only)

One Whitehall Street, 20th Fl. • New York, NY 10004 • Tel: (212) 344-3100
80 Main Street, Suite 460 • West Orange, NJ 07052 • Tel: (973) 325-8800
One East Broward Blvd. Suite 1430 • Ft. Lauderdale, FL 33301 • Tel: (954) 522-3233
WWW.FLWLAW.COM