UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
IN RE:                                                     CASE NO.: 18-47178-nhl

Ramla Bibi,                                                CHAPTER 7

                Debtor.
---------------------------------------------------------x

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the unopposed motion of Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-19XS, (hereinafter "NSM") dated January 15, 2019, seeking relief from the automatic stay, and after a hearing held on August 14, 2019, and it having been determined that all parties entitled to notice received notice, IT IS THEREFORE

ORDERED, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit NSM to pursue its rights under applicable ~~*state*~~ *(NHL)* law with respect to the premises located at 246 68 87th Avenue, Bellerose, New York 11426, ~~*including but not limited to foreclosure, eviction, loss mitigation, short sale offers and/or deed in lieu*~~ *(NHL)*; and it is further

ORDERED, that the Trustee be informed of any surplus monies resulting from the sale of the collateral.



**Dated: November 6, 2019**
      **Brooklyn, New York**

                                                  _____
                                                     **Nancy Hershey Lord**
                                             **United States Bankruptcy Judge**